**Charles A. Davey, appellee, v. American Discount Company, appellant. Gen. No. 28,557.**

Action for *quantum meruit* of services. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. F. J. Campbell, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Reversed and remanded. Opinion filed June 11, 1924.

Rothbart & Myer and Dwight McKay, for appellant; Edward I. Rothbart, of counsel. Beryl B. Collins, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Alex Lopama, appellee, v. Charles W. Thacher, appellant. Gen. No. 28,614.**

Assumpsit for commissions for procuring purchaser for real estate. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Harry M. Fisher, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Reversed and remanded. Opinion filed June 11, 1924. Rehearing denied June 24, 1924.

Urion, Drucker, Reichmann & Boutell, for appellant; Jerome J. Sladkey, of counsel. Edward H. Morris and James B. Cashin, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Clasina Poelman and Franciscus Poelman, appellants, v. Frank W. De Leeuw, appellee. Gen. No. 28,371.**

Action for fraud and deceit. Order vacating default judgment and granting leave to appear and defend. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Reversed. Opinion filed June 11, 1924.

Claude J. Dalenberg, for appellants. George E. Q. Johnson, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**The Kritzer Company, appellee, v. James H. Channon Manufacturing Company, appellant. Gen. No. 28,395.**

Action to recover value of machine parts manufactured to order under contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Affirmed. Opinion filed June 11, 1924.

Shannon & Morrill, for appellant; Carl M. Johnson, of counsel. Hoyne & O'Connor, for appellee.

Mr. Justice Thomson delivered the opinion of the court.